Jay Earl Smith, Esq. (NV Bar No. 1182)
Paul M. Haire, Esq. (NV Bar No. 5656)
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax:  (702) 252-5006
Email: jes@slwlaw.com
           pmh@slwlaw.com

Michael K. Brown (*Admitted Pro Hac Vice*)
Barry J. Thompson (*Admitted Pro Hac Vice*)
Kevin G. Lohman (*Admitted Pro Hac Vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:     +1 213 457 8080
Email: mkbrown@reedsmith.com
           bjthompson@reedsmith.com
           klohman@reedsmith.com

Attorneys for C.R. Bard, Inc. and Davol, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT, | Case No. 2:11-cv-00978-PMP-PAL |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |
| v. | |
| C.R. BARD, INC.; DAVOL, INC.; AND JOHN DOE(S), | |
| Defendants. | |

The Court having reviewed and considered Defendants' Motion to Seal the exhibits to the Memorandum of Points and Authorities in support of Defendants' Motion for Summary Judgment, or in the alternative Partial Summary Judgment, hereby finds that there is good cause to file all of the exhibits under seal. Accordingly, Defendants' Motion to Seal is GRANTED.

All of the exhibits to the Memorandum of Points and Authorities in support of Defendants' Motion for Summary Judgment, or in the alternative Partial Summary Judgment shall be filed under seal.

Dated: January 27, 2012.

_____
United States District Judge Philip M. Pro

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL