Mark R. Mueller
MUELLER LAW
404 West 7th Street
Austin, Texas
Telephone: (512) 478-1236
Fax: (512) 478-1473

Cal J. Potter III (NV Bar No.:1988)
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102

Attorneys for Plaintiff.

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.; DAVOL, INC.; and JOHN DOE(S),<br><br>  Defendants. | CASE NO. 2:11-CV-00978-PMP-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |

The Court having reviewed and considered Plaintiff's Motion to Seal the exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, or in the alternative Partial Summary Judgment, hereby finds that there is good cause to file all of the exhibits under seal. Accordingly, Plaintiff's motion is GRANTED.

All of the exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, or in the alternative Partial Summary Judgment shall be filed under seal.

Dated: February 17, 2012.

                                                                        _____
                                                                        **United States District Judge**

APPROVED & ENTRY REQUESTED:

Attorney for Plaintiff:

s/ Mark R. Mueller
Mark R. Mueller
404 West 7th Street
Austin, TX 78701
 (512) 478-1236
(512) 478-1473 facsimile
mark@muellerlaw.com
receptionist@muellerlaw.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2012, a true copy of the foregoing was filed and served electronically via the Court's *CM/ECF* program:

**Kevin G Lohman**
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: klohman@reedsmith.com

**Michael K. Brown**
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
(213) 457-8018
Fax: (213) 457-8080
Email: mkbrown@reedsmith.com

**Jay E Smith**
Smith Larsen & Wixom
Hill Center Business Park
1935 Village Center Cr
Las Vegas, NV 89134
702-252-5002
Fax: 702-252-5006
Email: jes@slwlaw.com

**Paul M Haire**
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
(702) 252-5002
Fax: (702) 252-5006
Email: pmh@slwlaw.com

**Cal J. Potter, III, Esq.**
Potter Law Offices
1125 Shadow Lane
Las Vegas, Nevada 89102
702-385-1954
Fax:702-385-9081
Email:L.potter@potterlawoffices.com

                                              <u>s/ Mark R. Mueller</u>
                                              Mark R. Mueller