UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.; DAVOL, INC.; AND JOHN DOE(S),<br><br>    Defendants. | Case No. 2:11-cv-00978-PMP-PAL<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT |

This matter comes before the Court on Defendants C.R. Bard, Inc. and Davol Inc. ("Defendants") and Plaintiff David Schmidt's Joint Motion to Stay Discovery Pending Resolution of Defendants' Motion for Summary Judgment or in the Alternative Partial Summary Judgment. The Court has reviewed the joint motion and supporting memorandum. The Court finds that good cause exists to stay discovery pending this Court's decision on the motion for summary judgment or in the alternative partial summary judgment. Accordingly, it is hereby

ORDERED that Defendants and Plaintiff's joint motion is GRANTED;

ORDERED that discovery is STAYED pending further order of this Court. The parties shall not be required to respond to discovery, shall not engage in depositions, and shall not otherwise be required to engage in active discovery until such time as this Court lifts the stay. It is further

/ / /

/ / /

ORDERED that, in the event the Court denies Defendants pending motion for summary judgment or in the alternative partial summary judgment, the parties shall meet and confer and submit a revised pretrial schedule within 15 days of the Court's order lifting this stay.

Entered this 27th day of February, 2012.

_____
U.S. District Court Judge

JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT