UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID SCHMIDT,                              )
                                           )        2:11-CV-00978-PMP-PAL
             Plaintiff,                    )
                                           )        **ORDER**
 vs.                                       )
                                           )
C.R. BARD, INC., *et al.,*                 )
                                           )
             Defendants.                   )
                                           )

        Before the Court for consideration is Defendants' fully briefed Motion for

Summary Judgment, or in the Alternative, Partial Summary Judgment (Doc. #37) file

January 27, 2012.

        Because the Court finds genuine issues of material fact exist as to whether

Plaintiff knew, or should have discovered the facts giving rise to his claims in this case,

        **IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. #37) is

**DENIED**.

DATED: March 5, 2012.


_____
PHILIP M. PRO
United States District Judge