UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID SCHMIDT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., *et al.,*<br><br>　　　　　Defendants. | 2:11-CV-00978-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendants' fully briefed Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (Doc. #37) file January 27, 2012.

Because the Court finds genuine issues of material fact exist as to whether Plaintiff knew, or should have discovered the facts giving rise to his claims in this case,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. #37) is **DENIED**.

DATED: March 5, 2012.

_____
PHILIP M. PRO
United States District Judge