1 Mark R. Mueller
MUELLER LAW
2 404 West 7th Street
Austin, Texas
3 Telephone: (512) 478-1236
4 Fax: (512) 478-1473

5 Cal J. Potter III (NV Bar  No.:1988)
POTTER LAW OFFICES
6 1125 Shadow Lane
7 Las Vegas, NV 89102

8 Attorneys for Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID SCHMIDT, | CASE NO. 2:11-CV-00978-PMP-PAL |
| Plaintiff, | **ORDER GRANTING AGREED MOTION TO EXTEND TIME FOR EXPERT DISCLOSURES AND RELATED PRETRIAL DATES** |
| v. | |
| C.R. BARD, INC.; DAVOL, INC.; and JOHN DOE(S), | |
| Defendants. | |

On this day came to be heard the Agreed Motion to Extend Time for Expert Disclosures ("Motion") and Related Pretrial Dates filed by Plaintiff, David Schmidt.  The Court, after considering the Motion and the evidence attached thereto, is of the opinion that the Motion has merit and should be granted.  It is, therefore,

ORDERED, that the Agreed Motion to Extend Time for Expert Disclosures and Related Dates is GRANTED as follows:

**May 16, 2012 Deadline for Plaintiff's Expert Disclosures.**

**June 6, 2012 Deadline for Defendants' Expert Disclosures.**

**June 29, 2012 Close of expert discovery.**

**July 6, 2012 Deadline to file dispositive motions. and**

**August 6, 2012 Deadline to file Joint Pretrial Order.** If dispositive motions are filed, this deadline shall be suspended until 30 days after decision of the dispositive motion or further court order.

Signed this 3:ÿ day of Crtkn"4012.

_____
**U.S. MAGISTRATE JUDGE**

APPROVED & ENTRY REQUESTED:

Attorney for Plaintiff:

s/ Mark R. Mueller
Mark R. Mueller
404 West 7th Street
Austin, TX 78701
 (512) 478-1236
(512) 478-1473 facsimile
mark@muellerlaw.com
receptionist@muellerlaw.com
*Admitted Pro Hac Vice*

Attorney for Defendants:

 s/ Kevin G. Lohman (with permission)
Kevin G. Lohman
Reed Smith LLP
355 S. Grand Avenue
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
klohman@reedsmith.com
*Admitted Pro Hac Vice*