Paul M. Haire, Esq. (NV Bar No. 5656)
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       pmh@slwlaw.com

Michael K. Brown (*Admitted Pro Hac Vice*)
Kevin G. Lohman (*Admitted Pro Hac Vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080
Email: mkbrown@reedsmith.com
       klohman@reedsmith.com

Eric L. Alexander (*Admitted Pro Hac Vice*)
REED SMITH LLP
1301 K Street, N.W., Suite 1100 – East Tower
Washington, DC 20005
Tel: (202) 414-9403
Fax: (202) 414-9299
Email: ealexander@reedsmith.com

Attorneys for Defendants C.R. BARD, INC. and DAVOL INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C.R. BARD, INC.; DAVOL, INC.; AND JOHN DOE(S),<br><br>　　　　　　Defendants. | Case No. 2:11-cv-00978-PMP-PAL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

1 | The Court, having reviewed and considered Defendants' Motion to Seal the exhibits to the Memorandum of Points and Authorities in support of Defendants' Motion to Bifurcate Trial, hereby finds that there is good cause to file all of the exhibits under seal.  Accordingly, Defendants' Motion to Seal is GRANTED.

All of the exhibits to the Memorandum of Points and Authorities in support of Defendants' Motion to Bifurcate Trial shall be filed under seal.

Dated: October 12, 2012.

_____
United States District Judge Philip M. Pro