Paul M. Haire, Esq. (NV Bar No. 5656)
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       pmh@slwlaw.com

Michael K. Brown (*Admitted Pro Hac Vice*)
Kevin G. Lohman (*Admitted Pro Hac Vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080
Email: mkbrown@reedsmith.com
       klohman@reedsmith.com

Eric L. Alexander (*Admitted Pro Hac Vice*)
REED SMITH LLP
1301 K Street, N.W., Suite 1100 – East Tower
Washington, DC 20005
Tel: (202) 414-9403
Fax: (202) 414-9299
Email: ealexander@reedsmith.com

Attorneys for Defendants C.R. BARD, INC. and DAVOL INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT,<br><br>           Plaintiff,<br><br>    v.<br><br>C.R. BARD, INC.; DAVOL, INC.; AND JOHN DOE(S),<br><br>           Defendants. | Case No. 2:11-cv-00978-PMP-PAL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

1  The Court, having reviewed and considered Defendants' Motion to Seal the exhibits to the
2  Memorandum of Points and Authorities in support of Defendants' Motion to Bifurcate Trial, hereby
3  finds that there is good cause to file all of the exhibits under seal. Accordingly, Defendants' Motion
4  to Seal is GRANTED.
5  All of the exhibits to the Memorandum of Points and Authorities in support of Defendants'
6  Motion to Bifurcate Trial shall be filed under seal.

Dated: October 12, 2012.

_____
United States District Judge Philip M. Pro