Mark R. Mueller (*Pro Hac Vice*)
MUELLER LAW, PLLC
404 West 7th Street
Austin, Texas
Telephone: (512) 478-1236
Fax: (512) 478-1473

Cal J. Potter III (NV Bar No.:1988)
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102

Attorneys for Plaintiff.

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT, | CASE NO. 2:11-CV-00978-PMP-(PAL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |
| v. | |
| C.R. BARD, INC.; DAVOL, INC.; and JOHN DOE(S), | |
| Defendants. | |

The Court, having reviewed and considered Plaintiff's Motion to Seal Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion to Bifurcate Trial, hereby finds that there is good cause to file the aforementioned opposition under seal.

Accordingly, Plaintiff's Motion is GRANTED.

Dated: October 30, 2012.

_____
United States District Judge

SUBMITTED FOR APPROVAL AND ENTRY BY:
Attorneys for Plaintiff:

s/ Mark R. Mueller

1  Mark R. Mueller
   MUELLER LAW, PLLC
2  404 West 7th Street
   Austin, TX 78701
3  (512) 478-1236
   (512) 478-1473 facsimile
4  mark@muellerlaw.com
   receptionist@muellerlaw.com
5  *Admitted Pro Hac Vice*

6
   Cal J. Potter III (NV Bar No.:1988)
7  POTTER LAW OFFICES
   1125 Shadow Lane
8  Las Vegas, NV 89102
   Telephone: (702) 385-1954
9  Fax: (702) 385-9081

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2012, a true copy of the foregoing was filed and served electronically via the Court's *CM/ECF* program:

| | |
|---|---|
| **Kevin G. Lohman**<br>**Michael K. Brown**<br>**Marilyn Moberg**<br>**Mildred Segura**<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071<br>(213) 457-8000<br>Fax: (213) 457-8080 | **Steven J. Boranian**<br>Reed Smith LLP<br>101 Second St, Ste 1800<br>San Francisco, CA 94105<br>415-543-8700 |
| **Eric L. Alexander**<br>Reed Smith LLP<br>1301 K Street, NW<br>Suite 1100-East Tower<br>Washington, D.C. 20005<br>(213) 457-8000<br>Fax: (202) 414-9299 | **Paul M Haire**<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>(702) 252-5002<br>Fax: (702) 252-5006 |

<u>s/ Mark R. Mueller</u>
Mark R. Mueller