Mark R. Mueller (*Pro Hac Vice*)
MUELLER LAW, PLLC
404 West 7th Street
Austin, Texas
Telephone: (512) 478-1236
Fax: (512) 478-1473

Cal J. Potter III (NV Bar No.:1988)
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102

Attorneys for Plaintiff.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHMIDT,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.; DAVOL, INC.; and JOHN DOE(S),<br><br>    Defendants. | CASE NO. 2:11-CV-00978-PMP-(PAL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |

The Court, having reviewed and considered Plaintiff's Motion to Seal and supporting Memorandum, hereby finds that there is good cause for filing under seal the following:

1. Plaintiff's Response to Defendant's Motion for Summary Judgment;

2. Accompanying exhibits discussing or containing portions of material previously designated as Confidential by this Court.

Accordingly, Plaintiff's Motion is GRANTED.

Dated: November 16, 2012.

_____
United States District Judge

SUBMITTED FOR APPROVAL AND ENTRY BY:
Attorneys for Plaintiff:

s/ Mark R. Mueller

Mark R. Mueller
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 facsimile
mark@muellerlaw.com
receptionist@muellerlaw.com
*Admitted Pro Hac Vice*

Cal J. Potter III (NV Bar No.:1988)
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Telephone: (702) 385-1954
Fax: (702) 385-9081