UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID SCHMIDT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., *et al.,*<br><br>　　　　　Defendants. | 2:11-CV-00978-PMP-PAL<br><br>**ORDER** |

Having read and considered Plaintiff Schmidt's Motion to Reconsider Court's Order Granting Defendants' Motion for Summary Judgement (Docs. #150 & #151) and Defendants' Response in Opposition thereto (Doc. #156), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Reconsider Court's Order Granting Defendants' Motion for Summary Judgement (Docs. #150 & #151) is **DENIED**.

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge