UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAVID SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-CV-00978-PMP-PAL |
| | ) | |
| v. | ) | |
| | ) | |
| C.R. BARD, INC. and DAVOL, INC., | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

        This Court previously ordered the parties to show cause why Plaintiff David Schmidt's Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion to Bifurcate Trial (Doc. #116) and Plaintiff David Schmidt's Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion for Summary Judgment (Doc. #120) and accompanying exhibits should not be unsealed.  (Order (Doc. #154).)  In response, Plaintiff identified exhibits which reveal Plaintiff's personal identification information, such as his date of birth and social security number.  Unsealing the identified exhibits without the redactions Plaintiff proposes would contravene United States District Court, District of Nevada Special Order No. 108.

        To protect Plaintiff's personal identification information, Plaintiff David Schmidt's Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion for Summary Judgment (Doc. #120) shall remain under seal.  However, Plaintiff shall re-file his entire Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion for Summary Judgment, including all exhibits, with appropriate redactions to the identified exhibits, for the public record in accordance with Special Order

No. 108 on or before October 31, 2013. Because no such personal identification information appears in Plaintiff's Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion to Bifurcate Trial (Doc. #116) or the accompanying exhibits, the Court will direct the Clerk of Court to unseal this document.

IT IS THEREFORE ORDERED that Plaintiff David Schmidt's Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion for Summary Judgment (Doc. #120) shall remain under seal.

IT IS FURTHER ORDERED that Plaintiff David Schmidt shall re-file his entire Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion for Summary Judgment, including all exhibits, with appropriate redactions, for the public record in accordance with Special Order No. 108 on or before October 31, 2013.

IT IS FURTHER ORDERED that the Clerk of Court shall unseal Plaintiff's Memorandum in Opposition to Defendants C.R. Bard, Inc.'s and Davol, Inc.'s Motion to Bifurcate Trial (Doc. #116) in its entirety.

DATED: October 4, 2013

_____
PHILIP M. PRO
United States District Judge